234 February 26, 2025 No. 149

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BOBBY JOE HARRISON,
*Defendant-Appellant.*

Tillamook County Circuit Court
23CR27853; A183221

Jonathan R. Hill, Judge.

Submitted January 10, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Michael A. Casper, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Supplemental judgment reversed; remanded for resentencing; otherwise affirmed.

**LAGESEN, C. J.**

Defendant pleaded no contest to fourth-degree assault, ORS 163.160, and he was sentenced to 90 days in jail. On appeal, defendant seeks reversal of a supplemental judgment ordering him to pay restitution including for damage to a truck door. We reverse the supplemental judgment and remand for resentencing.[1]

Although defendant agreed to pay restitution for damage to property associated with two charges that were dismissed, defendant's plea did not include an admission or finding regarding damage to a truck door. The state concedes that it failed to establish the requisite causal relationship between defendant's criminal activities and damage to the door of a truck. We agree with and accept the state's concession. *See State v. Smith*, 291 Or App 785, 789-92, 420 P3d 644 (2018) (reversing restitution award when the record did not establish that the defendant's criminal activity was the cause of the victim's damages).

Supplemental judgment reversed; remanded for resentencing; otherwise affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.